IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ------------------------------------------------------ : | : |
| BARON BROOKS, | : CASE NO.  1:06 CV 0755 |
| | : |
| Plaintiff, | : <u>ORDER ADOPTING THE</u> |
| | : <u>MAGISTRATE JUDGE'S REPORT AND</u> |
| -vs- | : <u>RECOMMENDATION AND ENTERING</u> |
| | : <u>DEFAULT JUDGMENT FOR BARON</u> |
| | : <u>BROOKS IN THE AMOUNT OF</u> |
| L.M. LIGNOS ENTERPRISE, et al., | : <u>$106,537.60</u> |
| | : |
| Defendants. | : |
| ----------------------------------------------------- : | : |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Before this Court is Baron Brooks' Motion for Default Judgment (Docket 5), in accordance with Fed. R. Civ. P. 55(b)(2).  Defendants L.M. Lignos Enterprise, Louis Lignos & Sons, Inc. d/b/a L.M. Lignos Enterprise, and M.L. Lignos, Inc. d/b/a L.M. Lignos Enterprise have not filed a response.  After the Clerk of Court entered default this case was referred to Magistrate Judge Patricia A. Hemann for a default judgment hearing on damages and Report and Recommendation ("R&R").  (Docket 9).

Magistrate Judge Hemann held a hearing in which she considered Mr. Brooks' "Proposed Findings of Fact and Conclusions of Law Regarding Damages," along with the plaintiff's testimony. (Docket 19).   The resulting R&R carefully reviews the record and recommends the Court award Mr. Brooks $106,537.60 in compensatory and punitive damages, and for lost wages and benefits.  (Docket 20).

No party has objected to the Magistrate Judge's R&R.  Therefore, it must be assumed the parties are satisfied with the Report's conclusion.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, Magistrate Judge Hemann's R&R is adopted.  The Court awards Mr. Brooks default judgment in the amount of $106,537.60 against defendants L.M. Lignos Enterprise, Louis Lignos & Sons, Inc. d/b/a L.M. Lignos Enterprise, and M.L. Lignos, Inc. d/b/a L.M. Lignos Enterprise.  The defendants are jointly and severally liable in this matter and shall pay, on or before 21 April 2007 to Baron Brooks the sum of $106,537.60.

IT IS SO ORDERED.

    /s/Lesley Wells  
UNITED STATES DISTRICT JUDGE

Dated: 23 March 2007

2